# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2020 KW 0907

VERSUS

ANDRE THOMAS                                          **NOVEMBER 19, 2020**

---

In Re:     Andre Thomas, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 04-18-0599.

---

**BEFORE:     McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED AS MOOT.** The Clerk of Court of East Baton Rouge
Parish has no record of receiving a Petition for Writ of Habeas
Corpus (allegedly filed on July 22, 2020). Relator should file
the motion with the clerk of court of the district court before
seeking relief from this court. However, the record reflects
that relator has been indicted for the charge at issue in his
petition for a writ of habeas corpus, and trial is set for April
26, 2021. Therefore, a request for release under La. Code Crim.
P. art. 701(B) is moot. See **State v. Varmall**, 539 So.2d 45 (La.
1989) (*per curiam*).

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
   DEPUTY CLERK OF COURT
       FOR THE COURT